## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOSEPH PILCHESKY,

    Plaintiff,

    v.

LACKAWANNA COUNTY, *et al.*,

    Defendants.

NO. 3:16-CV-2537

(JUDGE CAPUTO)

## ORDER

**NOW**, this 16th day of May, 2018, **IT IS HEREBY ORDERED** that:

(1)    The Report and Recommendation (Doc. 58) is **ADOPTED** except for Part I. Part I of the Report and Recommendation is **REJECTED**.

(2)    The Motion of Defendants Wells Fargo Bank, N.A. and Stevens & Lee, P.C. to Dismiss the Second Amended Complaint (Doc. 24) is **GRANTED**.

(3)    County Defendants' Motion to Dismiss the Second Amended Complaint (Doc. 25) is **GRANTED**.

(4)    Defendant Phelan Hallinan, LLP's Motion to Dismiss (Doc. 26) is **GRANTED**.

(5)    The Motion for Leave to File a Third Amended Complaint (Doc. 48) is **DENIED**.

(6)    Plaintiff's federal law causes of action in the Second Amended Complaint are **DISMISSED with prejudice**. To the extent Plaintiff pleads any state law claims in the Second Amended Complaint, those claims are **DISMISSED without prejudice**.

(7)    The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge